UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20083-Civ-COOKE/GOODMAN

WINDY LUCIUS,

    Plaintiff,

vs.

UNDER ARMOUR, INC.,

    Defendant.

_____/

**DEFENDANT UNDER ARMOUR, INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO *COMPLAINT FOR INJUNCTIVE RELIEF***

Defendant Under Armour, Inc. ("Under Armour"), moves for an extension of time of two weeks, up to and including February 14, 2020, to respond to the *Complaint for Injunctive Relief* ("*Complaint*"; ECF No. 1) filed by Plaintiff Windy Lucius ("Plaintiff"). Plaintiff does not oppose the requested extension.

In support of this motion, Under Armour states:

1.    Plaintiff filed the *Complaint* on Jauary 8, 2020, alleging violations of the Americans with Disabilities Act, 42 U.S.C. §§ 12101, *et seq.*

2.    Under Armour was served with the *Complaint* on January 10, 2020. *See* ECF No. 6. Its response is thus due on January 31, 2020. *See* Rule 12(a)(1)(A)(i), Fed. R. Civ. P.

3.    Undersigned counsel and Plaintiff's counsel have been communicating in hopes of resolving this matter and expect to be able to do so. Accordingly, in the event this dispute is not resolved, Under Armour requests an additional two weeks to formulate its

response to the *Complaint*. The requested extension would make Under Armour's response due on or before February 14, 2020.

4. This motion is made in good faith and is not being interposed for purposes of delay. No party will be prejudiced by the requested extension.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(3)

In accordance with Local Rule 7.1(a)(3), undersigned counsel certifies that he conferred by telephone and e-mail with counsel for Plaintiff J. Courtney Cunningham, Esq., on January 29 and 31, 2030, and was informed that Plaintiff does not oppose the requested extension.

WHEREFORE, Defendant Under Armour, Inc., respectfully requests that the Court grant Under Armour a two-week extension of time, through and including February 14, 2020, to file its response to the *Complaint*.

A proposed order is attached as Exhibit **A**.

Respectfully submitted,

Date: January 31, 2020

**AKERMAN LLP**
350 East Las Olas Boulevard – Suite 1600
Ft. Lauderdale, FL 33301
Tel.: 954-463-2700
Fax: 954-468-2454

By: */s/ Christopher S. Carver*
 Christopher S. Carver, Esq.
 Florida Bar No. 993580
 christopher.carver@akerman.com

*Attorneys for Defendant Under Armour, Inc.*